IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LANGLEY                                                                                     PLAINTIFF

v.                                          No. 4:09CV00899 JLH

DASSAULT FALCON JET CORPORATION                                    DEFENDANT

## ORDER

Without objection, plaintiff's motion to extend the discovery deadline is GRANTED. Document #9. The discovery deadline is hereby extended up to and including July 2, 2010.

IT IS SO ORDERED this 28th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE